IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>Plaintiff,<br><br>  v.<br><br>STATE BAR OF CALIFORNIA, DOES 1–100,<br><br>Defendants. | No. C 16-80020 WHA<br><br>**ORDER DENYING PERMISSION TO FILE LAWSUIT AGAINST THE STATE BAR OF CALIFORNIA** |

In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–*10 (N.D. Cal. Sept. 24, 2012). In 2013, the vexatious litigant order was expanded to make all of Missud's filings in this district subject to pre-filing review by the undersigned judge. *Missud v. National Rifle Association*, No 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013). In July 2013, he was placed on involuntary inactive status with the State Bar of California. The State Bar decision states that Missud "has total disdain for the legal profession and the judicial process." *In the Matter of Patrick Alexandre Missud*, No. 12-O-10026-LMA (Cal. St. B. July 1, 2013).

Missud has filed a complaint for defamation, interference with a federal informant, and financial retaliation against a federal whistle-blower and qui-tam relator against the State Bar of California. Missud alleges that the State Bar defamed him by publishing its decision and order in an attorney discipline case on its website. The State Bar is immune from suit for defamation arising out of the discharge of its official duties. Cal. Civ. Code § 47(a). The remainder of

Missud's claims, to the extent comprehensible, rely on his wildly implausible theory that various judges and governmental entities have conspired to retaliate against him for "exposing rampant Bar Member, Bar Official, defendants' and judicial corruption from multiple states' County to 9th Circuit Court$."

Missud's proposed complaint is completely frivolous. Permission to file this complaint against the State Bar of California is **DENIED**. The complaint is **DISMISSED** and the Clerk shall please **RETURN** Missud's papers to him and **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:   January 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE